## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

Jarrod M. Teal, )
                               )
                 Plaintiff, )          Civil Action No. 5:14-3841-RMG
                               )
     vs. )
                                 )
Nancy A. Berryhill, Acting Commissioner )
of Social Security Administration, )
                                 )      **ORDER**
               Defendant. )
                                 )
_____ )

        This matter comes before the Court on Plaintiff's motion for approval of attorney's fees

under 42 U.S.C. § 406(b). (Dkt. No. 28). Plaintiff seeks approval of an attorney's fee for his

services on behalf of Plaintiff in federal court in the amount of $42,989.00, which represents

25% of the total back award obtained on behalf of Plaintiff. Plaintiff's contract with his counsel

provides for a 25% contingency fee. The Defendant has advised the Court she has no objection

to this motion. (Dkt. No. 30).

        The Court has reviewed the Plaintiff's motion in light of the standards set forth in

*Grisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002). The Court finds that pursuant to the

*Grisbrecht* standards the proposed fee is reasonable and grants the Plaintiff's motion to approve

the fee in the amount of $42,989.00. Upon receipt of this award, Plaintiff's counsel is directed to

reimburse to Plaintiff $4,393.75 previously awarded under the Equal Access to Justice Act.

(Dkt. No. 27).

        AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

June 11, 2019
Charleston, South Carolina